May Term,
1851.

Doe on the Demise of The Trustees of the Baptist Church and Others *v.* The Trustees of the Methodist Episcopal Church, at Covington.—In Error.

Stipp
v.
Brown.

EJECTMENT for certain real estate in *Covington.* Plea—not guilty. Verdict and judgment for the defendant.

At the trial, the plaintiff's lessors, who claimed under the board of commissioners of *Fountain* county, offered in evidence the record of a conveyance for certain real estate, including the *locus in quo*, from one *Coleman* to the board of justices of said county. The evidence was objected to, and the objection sustained.

We think this deed was admissible in evidence as a link in the chain of the plaintiff's title.

The judgment is reversed, and the verdict set aside with costs. Cause remanded for further proceedings. Costs here.

*G. Lawson*, for the plaintiff.

*W. H. Mallory*, for the defendants.